Richard T. Rehwald and Frances J. Rehwald, Plaintiffs-Appellants, v. Karl H. Seelandt, Defendant-Appellee.

Gen. No. 67–75. (Abstract of Decision.)

Second District.
December 12, 1967.

Williams, McCarthy, Kinley and Rudy, of Rockford, for appellants; Anderson and Martenson, of Rockford, for appellee. Opinion by JUSTICE ABRAHAMSON. **Not to be published in full.**